UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. CR-03 033-S BLW |
| Plaintiff, | INDICTMENT |
| vs. | (Violations (18 U.S.C. § 2422(b)) |
| WILLIAM RICHARD KNOX, | |
| Defendants | |

THE GRAND JURY CHARGES that:

### COUNT ONE
(Violation 18 U.S.C. § 2422(b))

From on or about September 30, 2002, through on or about October 18, 2002, in the District of Idaho and elsewhere, the defendant, William Richard Knox, using a facility and means of interstate commerce, including interstate wire transmissions, did knowingly persuade, induce and entice a female minor who had not yet attained the age of 18, that is a 16-year-old female living in Boise, Idaho, with the hotmail.com e-mail address ending in the digits 173, to engage in sexual activity for which a person may be charged with a criminal offense, that is with a violation of Idaho Code 18-1508A(1); all in violation of Title 18, United States Code, Section 2422(b).

INDICTMENT            1

## COUNT TWO
(Violation 18 U.S.C. §2422(b))

From on or about November 27, 2002, through on or about the date of this indictment, in the District of Idaho and elsewhere, the defendant, William Richard Knox, using a facility and means of interstate commerce, including interstate wire transmissions, did knowingly attempt to persuade, induce and entice a person in Boise, Idaho, using the hotmail.com e-mail address ending in the digits 173, whom the defendant believed to be a female minor who had not yet attained the age of 18 but who was in fact an undercover law enforcement agent, to engage in sexual activity for which a person may be charged with a criminal offense, that is with a violation of Idaho Code 18-1508A(1); all in violation of Title 18, United States Code, Section 2422(b).

DATED this 11th day of February, 2003.

A TRUE BILL:

_____
FOREPERSON

THOMAS E. MOSS
United States Attorney
By:

_____
Wendy J. Olson
Assistant United States Attorney

INDICTMENT				2

# ● CRIMINAL COVERSHEET ●

**DEFENDANT'S NAME:** WILLIAM RICHARD KNOX

**Juvenile:** No

**DEFENDANT'S STREET ADDRESS:**

**Service Type:** Warrant/Secret

**Interpreter:** No
If yes, language:

**DEFENSE ATTORNEY:**
Address

Telephone No.:

**INVESTIGATING AGENCY & AGENT:** Mary Martin
FBI
(208) 344-7843

CR-03 033-S BLW

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| Complaint | Yes Indictment | Information | Superseding Indictment |
|---|---|---|---|
| Yes Felony | Class A Misdemeanor | | Class B or C Misdemeanor (Petty Offense) |
| County of Offense: | | Estimated Trial Time: | 5 days |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 18 USC §2422(b) | 1 & 2 | *Contacted a minor over the internet to engage in sexual activity* | 15 years imprisonment; A fine of $250,000; 3 yrs supervised release and $100 special assessment |

Date: February 11, 2003

AUSA: Wendy J. Olson
Telephone No.: (208) 334-1211