THOMAS E. MOSS
UNITED STATES ATTORNEY
WENDY J. OLSON
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
FIRST INTERSTATE CENTER
877 WEST MAIN STREET, SUITE 201
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
**MAILING ADDRESS:**
  **BOX 32**
  **BOISE, IDAHO 83707**

Rec'd _____ U.S. Courts Filed _____

FEB 2 ... 2003

Cameron S. Burke
Clerk, Idaho

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,          )
                                    ) Criminal No. 03-033-S-BLW
              Plaintiff,            )
                                    ) MOTION FOR
-vs-                                ) DETENTION HEARING
                                    )
WILLIAM RICHARD KNOX,               )
                                    )
              Defendant.            )
_____)

   COMES NOW Wendy J. Olson, Assistant United States Attorney for the District of Idaho, and moves the Court, pursuant to 18 U.S.C. §§3142(a)(4) and 3142(e), for an order directing that a hearing be held for the purpose of holding the defendant without bail prior to trial.

   ( ) Pursuant to Title 18 U.S.C. §3142(f), the United States asks for a continuance of ___ days from the date of the defendant's first appearance before a judicial officer. The continuance is requested in order for agents to travel to Boise for the hearing.

   The prosecution will introduce evidence as follows pursuant to the specific sections of Title 18, U.S.C., as indicated:

      ( ) §3142(f)(1)(A) - a crime of violence;

      ( ) §3142(f)(1)(B) - an offense for which the maximum sentence is life imprisonment or death;

( ) §3142(f)(1)(C) - an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 USC 801, et seq.), the Controlled Substances Import and Export Act (21 USC 951, et seq.), or Section 1 of the Act of September 15, 1980 (21 USC 955a);

( ) §3142(f)(1)(D) - any felony committed after the person had been convicted of two or more prior offenses described in §3142(f)(1)(A) through (C), or two or more State or local offenses that would have been offenses described in §3142(f)(1)(A) through (C) if a circumstance giving rise to Federal jurisdiction had existed;

( X ) §3142(f)(2)(A) - a serious risk that the person will flee;

( X ) §3142(f)(2)(B) - a serious risk that the person will:

    ( )    obstruct or attempt to obstruct justice, or

    ( )    threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror; or

    ( X )    otherwise pose a danger to any other person or the community.

Dated this _____ day of February, 2003.

THOMAS E. MOSS
United States Attorney

*(signature)*

WENDY J. OLSON
Assistant United States Attorney

MOTION FOR DETENTION HEARING - 2