# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## CHIEF U.S. MAGISTRATE JUDGE MINUTE ENTRY

**CRIMINAL PROCEEDINGS:** <u>ARRAIGNMENT & DETENTION HEARING</u>

| | |
|---|---|
| **MAGISTRATE JUDGE:** Larry M. Boyle | **DATE:** FEBRUARY 24, 2003 |
| **DEPUTY CLERK:** Lynette | 2:34-4:10 pm |
| Boise, IDAHO | **ESR:** Vicki |

### UNITED STATES OF AMERICA v. WILLIAM RICHARD KNOX
### CR. 03-33-S-BLW

Counsel for: United States (AUSA): Wendy Olson
Defendant: Tom Mongahan-Federal Defender appointed.
Probation: Steve Cole


(X) Defendant advised of Constitutional Rights & Right to Counsel & JURY TRIAL.

(X) Defendant provided a copy of the INDICTMENT and waived reading.

(X) Court advised of Maximum Penalties. Refer to penalty sheet.

(X) Defendant entered NOT GUILTY Plea.

(X) <u>TRIAL SETTING:</u> Court entered Procedural Order with counsel making elections, setting this matter for a 6-day Jury Trial, 1:30 pm, APRIL 7, 2003, at BOISE, before Chief Judge Winmill and the Pre-Trial Conference is set for 8 am, MARCH 27, 2003.

(X) Govt.'s Motion for Detention: Hearing held today.

(X) Govt. Witness:
1-Mary Martin-FBI

Court recessed at beginning of defendant's cross-examination. Defense counsel advised the Court it requests to call defendant's wife as a witness. Court shall allow this to be done by telephone.

(X) Court entered Order of Temporary Detention, continuing the detention hearing until <u>3pm, Wed., February 26, 2003.</u>

(X) Defendant remanded to the custody of the USMS.

cc. LaDonna to calendar