# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

IDAHO

UNITED STATES OF AMERICA

V.

William Knox
*Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: CR 03-33-S-BLW

Upon motion of the def to continue hearing in progress , it is ORDERED

that a detention hearing is set for _____ Wed Feb. 26, 2003 _____ * at __ 3 pm __

                                     *Date*                                  *Time*

before         **Larry M. Boyle
Chief U.S. Magistrate Judge**

                            *Name of Judicial Officer*

        US Courthouse, Boise, Idaho

                          *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal (_____

_____ ) and produced for the hearing.

    *Other Custodial Official*

Date: _____ February 24, 2003 _____           _Larry M. Boyle_

                                                        *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.            Ordtemp.det





United States District Court
for the
District of Idaho
February 25, 2003

* * CLERK'S CERTIFICATE OF MAILING * *

Re:  1:03-cr-00033

I certify that I caused a copy of the attached document to be mailed or faxed
to the following named persons:

       Wendy Olson, Esq.        1-208-334-1413
       US ATTORNEY'S OFFICE
       Box 32
       Boise, ID  83707

       Thomas Monaghan, Esq.    1-208-388-1757
       FEDERAL DEFENDER'S OFFICE
       350 N 9th St #301
       Boise, ID  83702


       U.S. Marshal
       HAND DELIVERED

       Probation
       HAND DELIVERED

       ___✓___Chief Judge B. Lynn Winmill
       _____Judge Edward J. Lodge
       ___✓___Chief Magistrate Judge Larry M. Boyle
       _____Magistrate Judge Mikel H. Williams

       Visiting Judges:
       _____Judge David O. Carter
       _____Judge John C. Coughenour
       _____Judge Thomas S. Zilly


                              Cameron S. Burke, Clerk

Date:  _2·25·03_              BY: _____
                                  (Deputy Clerk)