# UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

U.S. COURTS
03 FEB 25 PM 3:01
REC'D
CAMERON S BURKE
CLERK    IDAHO

UNITED STATES OF AMERICA
v.
WILLIAM RICHARD KNOX

**SECRET**
***WARRANT FOR ARREST***

CASE NUMBER: **CR 03-33-S-BLW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **WILLIAM RICHARD KNOX** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

18 USC §2422(b) CONTACTED A MINOR OVER THE INTERNET TO ENGAGE IN SEXUAL ACTIVITY

_Wendy Messuri_
Wendy Messuri, Deputy Clerk
Name and Title of Issuing Officer

February 13, 2003
Date

## RETURN

This warrant was received _2/24/03_ and executed with the arrest of the above-named individual at _Boise In_.

_V.A/C for FBI_
Signature of Arresting Officer

_2/24/03_
Date of Arrest

_Vicki Kirk DUSM_
Name & Title of Arresting Officer