IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM KNOX, )<br>)<br>Defendant. )<br>_____) | Case No. CR 03-33-S-BLW<br><br>REPORT AND<br>RECOMMENDATION |

On June 16, 2003 Defendant appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. Defendant executed a written waiver of the right to have the presiding United States District Judge take his/her change of plea. Thereafter, the Court explained to Defendant the nature of the charges, the maximum penalties applicable, his/her constitutional rights, the effect of the Sentencing Guidelines, and that the District Judge would not be bound by the agreement of the parties as to the penalty to be imposed.

Having conducted the change of plea hearing and having inquired of Defendant and his/her counsel, and counsel for the United States, the Court concludes that there is a factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

Based upon the foregoing, this Court recommends that the District Court accept Defendant's plea of guilty to Counts One and Two of the Indictment.

DATED this 18th day of June, 2003.

_____
LARRY M. BOYLE
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT


dkh

United States District Court
for the
District of Idaho
June 19, 2003

* * CLERK'S CERTIFICATE OF MAILING * *

Re: 1:03-cr-00033

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

    Wendy Olson, Esq.   1-208-334-1413
    US ATTORNEY'S OFFICE
    Box 32
    Boise, ID  83707

    Thomas Monaghan, Esq.   1-208-388-1757
    FEDERAL DEFENDER'S OFFICE
    350 N 9th St #301
    Boise, ID  83702

    U.S. Marshal
    HAND DELIVERED

    Probation
    HAND DELIVERED

    ✓ Chief Judge B. Lynn Winmill
    ___ Judge Edward J. Lodge
    ✓ Chief Magistrate Judge Larry M. Boyle
    ___ Magistrate Judge Mikel H. Williams

    Visiting Judges:
    ___ Judge David O. Carter
    ___ Judge John C. Coughenour
    ___ Judge Thomas S. Zilly

Cameron S. Burke, Clerk

Date: 6-19-03    BY: _____
                        (Deputy Clerk)