# United States District Court

District of Idaho          03 OCT 24 PM 1:21

UNITED STATES OF AMERICA
v.

SUBPOENA IN A
CRIMINAL CASE

CASE NO: CR-03-033-S-BLW

WILLIAM RICHARD KNOX,
                Defendant.

TO:   DIANE KNOX

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | UNITED STATE DISTRICT COURT DISTRICT OF IDAHO 550 West Fort Street Boise, ID 83724 | COURTROOM | JUDGE SHUBB |
|---|---|---|---|
| | | DATE AND TIME | THURSDAY, OCTOBER 23, 2003 AT 1:00 pm ***SEE BELOW*** |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

***The sentencing in this case begins on OCTOBER 23, 2003 but we do not anticipate needing your testimony until OCTOBER 23, 2003   Upon receipt of this subpoena, please contact Denise Arellano and leave a phone number where you can be reached on the day of trial & the day before the appearance date noted above. Ms. Arellano will contact you to come to court on a specific date and time.  However, you may need to wait until it is your turn to testify.  THIS SUBPOENA REMAINS IN EFFECT IF THIS CASE IS POSTPONED. YOU WILL BE NOTIFIED OF THE NEW DATE. If you have any questions, please contact Denise Arellano or Dick Rubin at (208) 388-1600. You may call collect. Thank you.***

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT Cameron S. Burke | DATE OCTOBER 8, 2003 |
|---|---|
| (BY) DEPUTY CLERK [signature] | |

ATTORNEY'S NAME, ADDRESS, AND PHONE NUMBER

**Tom Monaghan, Counsel for William Richard Knox**
Federal Defenders of Eastern Washington & Idaho
350 North 9th, Suite #301
Boise, ID 83702
Phone: (208) 388-1600 (please call collect)