# United States Courts

U.S. Federal Bldg & Courthouse
550 W Fort St, Box 039
Boise, ID 83724
PH: (208) 334-1361
FAX: (208) 334-9362

Cameron S. Burke, Court Executive



March 29, 2007

United States District Court
District of Middle District of Tennessee
Clerk of Court
801 Broadway
Nashville, TN 37203

RE:    USA v. Knox
       Idaho case number: 1:03CR00033
       Your case number: 3:07CR00055

Dear Clerk of Court:

The Transfer of Jurisdiction Order was signed on 3/7/2007 and jurisdiction accepted by your judge.

Documents may be accessed through our CM/ECF system at www.id.uscourts.gov. If you do not have a Court PACER login and password, please contact me for assistance.

Please provide a signed copy of this letter, and return it to me as a receipt. If I can be of further assistance, please let me know. I can be reached at (208) 334-9095.

Sincerely,
Cameron S. Burke

By:
Darlene Smith,
Deputy Clerk

Enclosures
cc:    US Probation, Idaho
       AUSA, Idaho
       Financial Administrator, Idaho

ACKNOWLEDGMENT OF RECEIPT:

Received
by:_____    Date:_____

RECEIVED
IN CLERK'S OFFICE
APR 0 2 2007
U.S. DISTRICT COURT
MID. DIST. TENN.